**Dismissed and Memorandum Opinion filed March 12, 2024**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-23-00730-CV

---

### ASTON WHITE, Appellant

### V.

### AIM REALTY INC., Appellee

---

**On Appeal from the County Court at Law No. 6**
**Fort Bend County, Texas**
**Trial Court Cause No. 23-CCV-072641**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed September 21, 2023. The clerk's record was filed November 3, 2023. The court reporter informed this court that there is no reporter's record. No brief has been filed.

On February 13, 2024, we issued a notice stating that unless appellant filed a brief within ten days, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.